UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA W. CHRISTENSEN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | NO. 2:16-cv-00401-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge John T. Rodger's August 17, 2017 Report and Recommendation, ECF No. 19, recommending that Defendant's Motion to Dismiss, ECF No. 18, be granted for failure to exhausted administrative remedies. No objections have been filed.

After reviewing the Report and Recommendation and relevant authorities, the Court finds that the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety and grants Defendant's Motion to Dismiss, ECF No. 19.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, ECF No. 19, is **ADOPTED** in its entirety.

2. Defendant's Motion to Dismiss, ECF No. 18, is **GRANTED**.

3. The above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

//

**ORDER ADOPTING REPORT AND RECOMMENDATION** ~ 1

1. 4. The District Court Executive is directed to enter judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel, Plaintiff, and to Magistrate Judge John T. Rodgers.

**DATED** this 1st day of September, 2017.



Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION** + 2